

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-18-00227-CR

Michael Casey **FORAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 518258
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time to file his brief in appeal number 04-18-00277-CR. We **DENY AS MOOT** the requested extension based on our order of June 18, 2018. Pursuant to our June 18, 2018 order, and at appellant's request, we consolidated appeal numbers 04-18-00227-CR and 04-18-00230-CR. In the order, we noted that although the brief in appeal number 04-18-00227-CR was due June 18, 2018, the brief in appeal number 04-18-00230-CR was due July 9, 2018. Accordingly, as a result of the consolidation, we ordered the brief in the consolidated matter to be filed in this court on or before July 9, 2018. Thus, per the June 18, 2018 order, appellant's request for an extension of time to file a brief in appeal number 04-18-00227-CR is moot. **The consolidated brief in appeal numbers 04-18-00227-CR and 04-18-00230-CR is due in this court on or before July 9, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court